**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Lisa A. Ciarrocchi<br>                              Debtor(s) | Chapter 13 |
| Specialized Loan Servicing LLC as servicer for Government Loan Securitization Trust 2011-FV1, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its individual capacity but solely as Co-Trustee | NO. 19-14702 JKF |
|                 v.<br>Lisa A. Ciarrocchi<br>              and<br>Scott F. Waterman<br>              Trustee | |

**ORDER**

AND NOW, this  23rd  day of  March  , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow  and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2423 S Camac St, Philadelphia, PA 19148.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_United States Bankruptcy Judge._
    FitzSimon

cc: See attached service list

Case 19-14702-jkf    Doc 36    Filed 03/23/20    Entered 03/23/20 14:46:52    Desc Main
Document      Page 2 of 2
Lisa A. Ciarrocchi
2423 South Camac Street
Philadelphia, PA 19148

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532