IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Lisa A. Ciarrocchi        )   Chapter 13
         Debtor                    )
                                   )   No. 19-14702-JKF
                                   )
                                   )

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully requests that the Order attached to the Motion be approved.


                                  /s/David M. Offen
                                  David M. Offen
                                  Attorney for Debtor(s)

Date: 5/19/20