L.B.F. 3015.1

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Lisa A Ciarrocchi**

Case No.: **19-14702-JKF**

Chapter 13

Debtor(s)

## Chapter 13 Plan

☐ Original

☑ **ADDENDUM TO MODIFIED PLAN**

Date: **May 26,, 2020**

**ADDENDUM TO MODIFIED CHAPTER 13 PLAN DEBTOR HAS FILED FOR RELIEF UNDER CHAPTER 13 OF THE BANKRUPTCY CODE AND CERTIFICATE OF SERVICE**

L

**THE MODIFIED PLAN SHALL REMAIN INTACT WITH THE ADDITIONAL PROVISION THAT THE CHAPTER 13 TRUSTEE SHALL RECEIVE AN ADDITIONAL SUM IN THE AMOUN TO F $292.90 OVER THE LENGTH OF THE CASE.**

Part 10: Signatures

Date: **May 26, 2020**    **/s/ David M. Offen**
**David M. Offen**
Attorney for Debtor(s)

### CERTIFICATE OF SERVICE

**.THE CHAPTER 13 TRUSTEE IS BEING SERVED WITH A COPY OF THIS ADDENDUM.**

Date: **May 26, 2020**    **/s/ David M. Offen**
**David M. Offen**
Attorney for Debtor(s)