UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 18, 2020

To: **Aya-Ere Ogboin**, **Bankruptcy Specialist**
　　**Jefferson Capital Systems, LLC**
　　**PO Box 772813**
　　**Chicago IL 60677-2813**

　　　　　　　　　　　　　　　　　　In re: **Lisa A. Ciarrocchi**
　　　　　　　　　　　　　　　　　　Bankruptcy No. **19-14702-jkf**
　　　　　　　　　　　　　　　　　　Adversary No.
　　　　　　　　　　　　　　　　　　Chapter **13**

　　　　Re:  **Transfer of Claim  (Claim #6)**

The above document(s) were filed in this office on **June 17, 2020.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

　　　　　　　( )　　Voluntary Petition
　　　　　　　( )　　Adversary Proceeding
　　　　　　　( )　　$31.00 Filing Fee for Amendments
　　　　　　　(**XX**)　$25.00 Claims Transfer Fee
　　　　　　　( )　　Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　By:  **Lisa Henry**
　　　　　　　　　　　　　　　　Deputy Clerk

*Fee Notice*
*(11/26/18)*