United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-14702-jkf
Lisa A Ciarrocchi                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa            Page 1 of 1              Date Rcvd: Jun 18, 2020
                         Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 19 2020 04:26:52      Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud, MN  56302-9617
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Lisa A Ciarrocchi dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan securitization Trust 2011-FV1, U.S.
               Bank Trust National Association, Et Al... bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 18, 2020

To: **Aya-Ere Ogboin**, **Bankruptcy Specialist**
    **Jefferson Capital Systems, LLC**
    **PO Box 772813**
    **Chicago IL 60677-2813**

                                               In re: **Lisa A. Ciarrocchi**
                                               Bankruptcy No. **19-14702-jkf**
                                               Adversary No.
                                               Chapter **13**

            Re: <u>**Transfer of Claim  (Claim #6)**</u>

The above document(s) were filed in this office on **June 17, 2020.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

        ( )    Voluntary Petition
        ( )    Adversary Proceeding
        ( )    $31.00 Filing Fee for Amendments
        (**XX**)    $25.00 Claims Transfer Fee
        ( )    Motion Filing Fee

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                                  Timothy B. McGrath
                                                  Clerk


                                                  By: <u>**Lisa Henry**</u>
                                                      Deputy Clerk

*Fee Notice*
*(11/26/18)*