```
               IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                       :    CHAPTER 13
                                 :
      Lisa A. Ciarrocchi         :
         Debtor                  :    No. 19-14702-JKF
```

O R D E R

AND NOW, this <u>  22nd  </u> day of <u>    June      </u>, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $8,900.00 has been paid to the Trustee over 9 months and the Debtor shall pay $611.00 per month for the remaining 51 months for a total base amount of $39,561.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

*/s/ Jean K FitzSimon*
_____
HONORABLE JEAN K FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F Waterman, Trustee

David M. Offen, Esquire

Lisa A. Ciarrocchi