United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa A Ciarrocchi  
    Debtor

Case No. 19-14702-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa    Page 1 of 1    Date Rcvd: Jun 22, 2020  
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2020.
db         +Lisa A Ciarrocchi,    2423 S. Camac Street,    Philadelphia, PA 19148-3509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 23 2020 05:09:35    Jefferson Capital Systems LLC,
         PO Box 7999,    St Cloud, MN   56302-9617
                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2020 at the address(es) listed below:
       DAVID M. OFFEN    on behalf of Debtor Lisa A Ciarrocchi dmo160west@gmail.com,
        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Government Loan securitization Trust 2011-FV1, U.S.
       Bank Trust National Association, Et Al... bkgroup@kmllawgroup.com
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
       SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 5

```
          IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                      :    CHAPTER 13
                                 :
       Lisa A. Ciarrocchi        :
          Debtor                 :    No. 19-14702-JKF
```

O R D E R

AND NOW, this __22nd__ day of __June__, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $8,900.00 has been paid to the Trustee over 9 months and the Debtor shall pay $611.00 per month for the remaining 51 months for a total base amount of $39,561.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
HONORABLE JEAN K FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

Scott F Waterman, Trustee

David M. Offen, Esquire

Lisa A. Ciarrocchi