| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-14702-AMC**

LISA A CIARROCCHI  
2423 S. CAMAC STREET  
PHILADELPHIA  PA   19148

Petition Filed Date: 07/29/2019  
341 Hearing Date: 09/06/2019  
Confirmation Date: 02/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/20/2019 | $525.00 | Adjust Case 19 | 09/20/2019 | $525.00 | Adjust Case 19 | 09/24/2019 | $525.00 | 1373816 |
| 10/03/2019 | $525.00 | 1375721 | 10/23/2019 | $525.00 | 1377673 | 11/13/2019 | $525.00 | 1381500 |
| 12/03/2019 | $525.00 | 1383605 | 12/16/2019 | $525.00 | 1386044 | 12/30/2019 | $525.00 | 1387791 |
| 01/21/2020 | $525.00 | 470 | 01/22/2020 | $525.00 | 1379563 | 01/28/2020 | $525.00 | 1235 |
| 02/11/2020 | $525.00 | 4617 | 02/25/2020 | $525.00 | 8087 | 03/10/2020 | $525.00 | 10967 |
| 03/23/2020 | $525.00 | 16239 | 04/07/2020 | $525.00 | 18717 | 04/20/2020 | $525.00 | 23728 |
| 05/04/2020 | $525.00 | 25767 | 05/18/2020 | $525.00 | 29190 | 06/02/2020 | $525.00 | 33818 |
| 06/16/2020 | $525.00 | 35429 | 06/30/2020 | $525.00 | 39433 | 07/14/2020 | $525.00 | 44203 |
| 07/24/2020 | $525.00 | 46511 | 08/07/2020 | $525.00 | 50433 | | | |

**Total Receipts for the Period: $13,650.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $1,436.99 | $0.00 | $1,436.99 |
| 3 | PYOD LLC<br>»» 003 | Unsecured Creditors | $1,497.41 | $0.00 | $1,497.41 |
| 4 | SPRINT<br>»» 004 | Unsecured Creditors | $1,598.84 | $0.00 | $1,598.84 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»» 005 | Secured Creditors | $337.33 | $337.33 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Secured Creditors | $19,436.33 | $4,781.10 | $14,655.23 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $6,688.85 | $1,645.12 | $5,043.73 |
| 8 | SPECIALIZED LOAN SERVICING LLC<br>»» 008 | Secured Creditors | $165.11 | $165.11 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $0.00 | $500.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,650.00 | Current Monthly Payment: | $611.00 |
| Paid to Claims: | $10,928.66 | Arrearages: | ($2,917.00) |
| Paid to Trustee: | $1,276.34 | Total Plan Base: | $40,353.90 |
| Funds on Hand: | $1,445.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.