IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Lisa Ciarrochi | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No 19-14702-AMC |
| | ) | |
| | ) | |

## CERTIFICATION OF NO OBJECTION

I hereby certify that neither an objection to the proposed compensation nor an application for administrative expense has been filed.

/s/David M. Offen
David M. Offen
Attorney for Debtor