```
         IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                  :      CHAPTER 13
                             :
     Lisa A. Ciarrocchi      :      No. 19-14702-AMC
         Debtor              :
```

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available.

DATED:_____       _____
                                  HONORABLE ASHELY M. CHAN
 Date: November 4, 2020           UNITED STATES BANKRUPTCY JUDGE