| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14702-AMC**

LISA A CIARROCCHI
2423 S. CAMAC STREET
PHILADELPHIA  PA   19148

Petition Filed Date: 07/29/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 02/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $525.00 | 470 | 01/22/2020 | $525.00 | 1379563 | 01/28/2020 | $525.00 | 1235 |
| 02/11/2020 | $525.00 | 4617 | 02/25/2020 | $525.00 | 8087 | 03/10/2020 | $525.00 | 10967 |
| 03/23/2020 | $525.00 | 16239 | 04/07/2020 | $525.00 | 18717 | 04/20/2020 | $525.00 | 23728 |
| 05/04/2020 | $525.00 | 25767 | 05/18/2020 | $525.00 | 29190 | 06/02/2020 | $525.00 | 33818 |
| 06/16/2020 | $525.00 | 35429 | 06/30/2020 | $525.00 | 39433 | 07/14/2020 | $525.00 | 44203 |
| 07/24/2020 | $525.00 | 46511 | 08/07/2020 | $525.00 | 50433 | 08/19/2020 | $525.00 | 54022 |
| 09/09/2020 | $525.00 | 57105 | 09/16/2020 | $525.00 | 59645 | 10/06/2020 | $525.00 | 62452 |
| 10/19/2020 | $525.00 | 65784 | 10/30/2020 | $525.00 | 68709 | 11/16/2020 | $525.00 | 72257 |
| 12/01/2020 | $525.00 | 76171 | 12/11/2020 | $525.00 | 77983 | 01/06/2021 | $525.00 | 81464 |
| 01/14/2021 | $525.00 | 84927 | 01/25/2021 | $525.00 | 87240 | 02/11/2021 | $525.00 | 90645 |
| 03/05/2021 | $525.00 | 92847 | 03/10/2021 | $525.00 | 94863 | 03/31/2021 | $525.00 | 97786 |
| 04/06/2021 | $525.00 | 100086 | 04/23/2021 | $525.00 | 103233 | 05/04/2021 | $525.00 | 106258 |
| 05/19/2021 | $525.00 | 108345 | 06/02/2021 | $525.00 | 111478 | | | |

**Total Receipts for the Period:  $19,950.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $24,675.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3  GROUP LLC  AS AGENT FOR<br>»» 002 | Unsecured Creditors | $1,436.99 | $0.00 | $1,436.99 |
| 3 | PYOD LLC<br>»» 003 | Unsecured Creditors | $1,497.41 | $0.00 | $1,497.41 |
| 4 | SPRINT<br>»» 004 | Unsecured Creditors | $1,598.84 | $0.00 | $1,598.84 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»» 005 | Secured Creditors | $337.33 | $337.33 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Secured Creditors | $19,436.33 | $12,690.34 | $6,745.99 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $6,688.85 | $4,367.13 | $2,321.72 |
| 8 | SPECIALIZED LOAN SERVICING LLC<br>»» 008 | Secured Creditors | $165.11 | $165.11 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 19-14702-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,675.00 | Current Monthly Payment: | $611.00 |
| Paid to Claims: | $22,059.91 | Arrearages: | ($7,832.00) |
| Paid to Trustee: | $2,142.59 | Total Plan Base: | $40,353.90 |
| Funds on Hand: | $472.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.