| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-14702-AMC

LISA A CIARROCCHI
2423 S. CAMAC STREET
PHILADELPHIA  PA   19148

Petition Filed Date: 07/29/2019
341 Hearing Date: 09/06/2019
Confirmation Date: 02/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $525.00 | 100086 | 04/23/2021 | $525.00 | 103233 | 05/04/2021 | $525.00 | 106258 |
| 05/19/2021 | $525.00 | 108345 | 06/02/2021 | $525.00 | 111478 | 06/15/2021 | $525.00 | 113865 |
| 06/23/2021 | $525.00 | 116263 | 07/15/2021 | $525.00 | 119222 | 07/27/2021 | $525.00 | 121697 |
| 08/10/2021 | $525.00 | 124749 | 08/23/2021 | $525.00 | 127310 | | | |

**Total Receipts for the Period: $5,775.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $27,825.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPT OF HUD  »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 002 | Unsecured Creditors | $1,436.99 | $0.00 | $1,436.99 |
| 3 | PYOD LLC  »» 003 | Unsecured Creditors | $1,497.41 | $0.00 | $1,497.41 |
| 4 | SPRINT  »» 004 | Unsecured Creditors | $1,598.84 | $0.00 | $1,598.84 |
| 5 | SPECIALIZED LOAN SERVICING LLC  »» 005 | Secured Creditors | $337.33 | $337.33 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC  »» 006 | Secured Creditors | $19,436.33 | $15,150.98 | $4,285.35 |
| 7 | CITY OF PHILADELPHIA (LD)  »» 007 | Secured Creditors | $6,688.85 | $5,213.99 | $1,474.86 |
| 8 | SPECIALIZED LOAN SERVICING LLC  »» 008 | Secured Creditors | $165.11 | $165.11 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 19-14702-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,825.00 | Current Monthly Payment: | $611.00 |
| Paid to Claims: | $25,367.41 | Arrearages: | ($2,428.00) |
| Paid to Trustee: | $2,457.59 | Total Plan Base: | $40,353.90 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.